This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

## Herbert Henderson v. Gaming Entertainment Indiana LLC

| | |
|---|---|
| Case Number | 29D05-2102-CT-000773 |
| Court | Hamilton Superior Court 5 |
| Type | CT - Civil Tort |
| Filed | 02/04/2021 |
| Status | 02/04/2021 , Pending  (active) |

## Parties to the Case

**Defendant**  Gaming Entertainment Indiana LLC

| | |
|---|---|
| Address | c/o Business Filings Incorporated |
| | 334 N Senate Ave. |
| | Indianapolis, IN 46204 |
| Attorney | John Patrick Schomaker |
| | *#2508615, Lead, Retained* |
| | ROLFES HENRY CO LPA |
| | 600 Vine Street |
| | Suite 2600 |
| | Cincinnati, OH 45202 |
| | 513-579-0080(W) |
| Attorney | Justin Michael McMullen |
| | *#3076315, Retained* |
| | 2661 Common Blvd. |
| | Suite 315 |
| | Beavercreek, OH 45431 |
| | 937-985-2564(W) |

**Co-Defendant**  Kone Inc

| | |
|---|---|
| Address | c/o Corporation Service Company |
| | 135 N Pennsylvania St., Suite 1610 |
| | Indianapolis, IN 46204 |
| Attorney | Blake N Shelby |
| | *#2806429, Retained* |
| | FROST BROWN TODD LLC |
| | 201 North Illinois Street, Suite 1900 |
| | PO Box 44961 |
| | Indianapolis, IN 46204 |
| | 317-237-3800(W) |

**Plaintiff**  Henderson, Herbert

| Address | 21443 Clare Ave.<br>Noblesville, IN 46060 |
| Attorney | Andrew William Reed Dickerson<br>*#2888564, Lead, Retained* |
| | 198 South 9th Street<br>Noblesville, IN 46060<br>317-773-5997(W) |
| Attorney | Heather Ryann Kinser<br>*#3434549, Retained* |
| | Holt Legal Group, LLP<br>198 South 9th Street<br>Noblesville, IN 46060<br>317-773-5997(W) |

## Chronological Case Summary

| 02/04/2021 | **Case Opened as a New Filing** |
|---|---|

| 02/04/2021 | **Complaint/Equivalent Pleading Filed** |
|---|---|
| | Complaint for Damages - Henderson |
| | Filed By:   Henderson, Herbert |
| | File Stamp:   02/04/2021 |

| 02/04/2021 | **Appearance Filed** |
|---|---|
| | Appearance by Attorney in Civil Case - Henderson |
| | For Party:   Henderson, Herbert |
| | File Stamp:   02/04/2021 |

| 02/04/2021 | **Subpoena/Summons Filed** |
|---|---|
| | Summons - Gaming Entertainment (Indiana) LLC - Henderson |
| | Filed By:   Henderson, Herbert |
| | File Stamp:   02/04/2021 |

| 02/04/2021 | **Subpoena/Summons Filed** |
|---|---|
| | Summons - Kone Inc. - Henderson |
| | Filed By:   Henderson, Herbert |
| | File Stamp:   02/04/2021 |

| 02/17/2021 | **Certified Mail Returned** |
|---|---|
| | Notice of Service of Summons - Henderson |
| | Party Served:   Henderson, Herbert |
| | Date Signed:   02/15/2021 |

| 02/24/2021 | **Appearance Filed** |
|---|---|
| | Appearance of Blake Shelby on behalf of KONE, Inc. |
| | For Party:   Kone Inc |
| | File Stamp:   02/23/2021 |

| 02/24/2021 | **Motion for Enlargement of Time Filed** |
|---|---|
| | KONE Inc.'s Motion for Extension of Time to Respond to Plaintiff's Complaint |
| | Filed By:   Kone Inc |
| | File Stamp:   02/23/2021 |

| 02/24/2021 | **Order Granting Motion for Enlargement of Time** | |
|---|---|---|
| | Notice by sh | |
| | Noticed: | Gaming Entertainment Indiana LLC |
| | Noticed: | Kinser, Heather Ryann |
| | Noticed: | Dickerson, Andrew William Reed |
| | Noticed: | Shelby, Blake N |
| | Order Signed: | 02/24/2021 |

| 02/24/2021 | **Certificate of Issuance of Summons** | |
|---|---|---|
| | Notice of Service of Summons Kone - Henderson | |
| | Filed By: | Henderson, Herbert |
| | File Stamp: | 02/24/2021 |

| 02/25/2021 | **Automated Paper Notice Issued to Parties** | |
|---|---|---|
| | Order Granting Motion for Enlargement of Time ---- 2/24/2021 : Gaming Entertainment Indiana LLC | |

| 02/25/2021 | **Automated ENotice Issued to Parties** | |
|---|---|---|
| | Order Granting Motion for Enlargement of Time ---- 2/24/2021 : Andrew William Reed Dickerson;Blake N Shelby;Heather Ryann Kinser | |

| 03/03/2021 | **Appearance Filed** | |
|---|---|---|
| | Attorney J. Patrick Schomaker Appearance for Gaming Entertainment | |
| | For Party: | Gaming Entertainment Indiana LLC |
| | File Stamp: | 03/03/2021 |

| 03/03/2021 | **Appearance Filed** | |
|---|---|---|
| | Attorney Justin M. McMullen Appearance for Gaming Entertainment (Indiana) LLC | |
| | For Party: | Gaming Entertainment Indiana LLC |
| | File Stamp: | 03/03/2021 |

| 03/08/2021 | **Answer Filed** | |
|---|---|---|
| | Defendant Gaming's Answer to Plaintiff's Complaint | |
| | Filed By: | Gaming Entertainment Indiana LLC |
| | File Stamp: | 03/08/2021 |

| 03/11/2021 | **Notice Issued to Parties** | |
|---|---|---|
| | A complaint and an answer having been filed in this cause with a pending request for a jury trial setting, the parties are ordered to prepare and submit a case management plan within 60 days of the date of this entry. The case management plan shall include an estimated date by which the case will be ready for trial, the potential length of trial, deadlines for preliminary and final witness and exhibit lists, completion for discovery, and the filing of dispositive motions. These deadlines shall be shown as specific future dates, and counsel may consult with court staff to establish pretrial conference and jury trial dates. The case management plan shall also include a plan for mediation unless the Court shall delete such requirement upon good cause being shown by either party. For the parties' information, the Court notes that jury trial settings in Hamilton Superior Court 5 are currently being set in late 2022 and early 2023. Notice by bc | |
| | Noticed: | Kinser, Heather Ryann |
| | Noticed: | Dickerson, Andrew William Reed |
| | Noticed: | Shelby, Blake N |
| | Noticed: | Schomaker, John Patrick |
| | Noticed: | McMullen, Justin Michael |

## Financial Information
*

Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

**Henderson, Herbert**
Plaintiff

Balance Due (as of 03/11/2021)
**0.00**

Charge Summary

| Description | Amount | Credit | Payment |
|---|---|---|---|
| Court Costs and Filing Fees | 157.00 | 0.00 | 157.00 |

Transaction Summary

| Date | Description | Amount |
|---|---|---|
| 02/04/2021 | Transaction Assessment | 157.00 |
| 02/04/2021 | Electronic Payment | (157.00) |

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

STATE OF INDIANA      )      IN THE HAMILTON COUNTY SUPERIOR COURT
                        ) SS:
COUNTY OF HAMILTON )      CAUSE NO. 29D___-2102-CT-_____

HERBERT HENDERSON,            )
                             )
         Plaintiff,           )
      v.                          )
                             )
GAMING ENTERTAINMENT       )
(INDIANA) LLC and KONE INC.      )
                             )
         Defendants.       )

## APPEARANCE BY ATTORNEY IN CIVIL CASE

1. The party on whose behalf this form is being filed is:

       Initiating __xx__            Responding ___      Intervening ____; and the
undersigned attorney and all attorneys listed on this form now appear in this case for the
following parties:

       Name of party:       Herbert Henderson
       Address of party:    142 Chadwick Court, Noblesville, IN 46062
       Telephone # of party:   765-602-9937

      *(List on a continuation page additional parties this attorney represents in this case.)*
2.    Attorney information for service as required by Trial Rule 5(B)(2)

| | | |
|---|---|---|
| Name: | Andrew Dickerson, Lead<br>HOLT LEGAL GROUP | Attorney # 28885-64<br>adickerson@holtlegal.com |
| | Heather R. Kinser<br>HOLT LEGAL GROUP | Attorney #34345-49<br>hkinser@holtlegal.com<br>staff@holtlegal.com |
| Address: | 198 South 9th Street<br>Noblesville, IN 46060 | Phone: (317) 773-5997<br>Fax: (317) 773-5960 |

3. There are other party members: Yes _XX_   No ___

4. I will accept service by FAX at the above noted number: Yes _____   No _XX_

5. This case involves support issues. Yes ___   No _XX_

6. There are related cases: Yes ___   No _XX_

7. This form has been served on all other parties. Certificate of Service is attached: Yes _XX_

Respectfully submitted,

/s/ Andrew Dickerson
Andrew Dickerson, #28885-64

## CERTIFICATE OF SERVICE

Pursuant to Trial Rule 56, the undersigned hereby certifies that the foregoing document has been e-filed on 4th day of February, 2021 and duly served upon the following by certified mail:

Gaming Entertainment (Indiana) LLC
Registered Agent:  Business Filings Inc
334 North Senate Ave.
Indianapolis, Indiana 46204

Kone Inc.
Registered Agent:  Corporation Service Company
135 North Pennsylvania Street, Suite 1610
Indianapolis, Indiana 46204

/s/ Andrew Dickerson
Andrew Dickerson, #28885-64

HOLT LEGAL GROUP
198 South 9th Street
Noblesville, Indiana 46060
(317) 773-5997
adickerson@holtlegal.com

# HOLT LEGAL GROUP

198 South 9th Street
Noblesville IN 46060
(317) 773-5997



CERTIFIED MAIL

7018 3090 0000 8241 1840

INDIANAPOLIS



U.S. POSTAGE
FCM LETTER
NOBLESVILLE,
46060
FEB 08, 21
AMOUNT

$7.20

R2304M114608-

46204

VIA CERTIFIED MAIL
RETURN RECEIPT REQUESTED

Kone Inc.
c/o Corporation Service Company
125 North Pennsylvania St, Suite 1610
Indianapolis, IN 46204

46204-361025

Case 1:21-cv-00596-JPH-TAB   Document 1-2   Filed 3/9/21   Page 8 of 33 PageID #: 18

Filed: 2/9/2021 11:59 AM
Clerk
Hamilton County, Indiana

29D05-2102-CT-000738

Hamilton Superior Court 5

STATE OF INDIANA      )      IN THE HAMILTON COUNTY SUPERIOR COURT
                        ) SS:
COUNTY OF HAMILTON   )      CAUSE NO. 29D___-2102-CT-_____

HERBERT HENDERSON,           )
                                 )
        Plaintiff,              )
      v.                             )
                                 )
GAMING ENTERTAINMENT       )
(INDIANA) LLC and KONE INC.    )
                                 )
        Defendants.           )

## COMPLAINT FOR DAMAGES

COMES NOW the Plaintiff, **Herbert Henderson**, by his counsel, Andrew Dickerson, and in support of his Complaint for Damages, respectfully state to the Court as follows:

1.      At all times relevant herein, Plaintiff was a resident of Hamilton County, Indiana.

2.      At all times relevant herein, Defendant Gaming Entertainment (Indiana) LLC, at all times relevant and material to this action, was a foreign Limited Liability Company doing business in Ohio County, in the City of Rising Sun, State of Indiana and maintaining a local office and registered agent. The registered agent for Gaming Entertainment (Indiana) LLC is Business Filing Inc., 334 North Senate Ave, Indianapolis IN 46204.

3.      At all times relevant herein, Defendant Kone Inc., at all times relevant and material to this action, was a foreign For-Profit Corporation doing business in Ohio County, in the City of Rising Sun, State of Indiana and maintaining a registered agent. The registered agent for Kone Inc. is Corporation Service Company, 135 North Pennsylvania Street, Suite 1610, Indianapolis IN 46204.

4.      That on February 5, 2019, Plaintiff was staying at the Classic Hotel, Room 369, at the Rising Star Casino and Resort, whose main address is at or about 777 Rising Star Drive, Rising Sun, Indiana 47040.

5.      That on said date, at approximately 9:12 p.m. the Plaintiff was going to use the elevator on the left to go down to the first floor.

6.      That the elevator doors began to close much more quickly than anticipated and Plaintiff used his left hand to try to re-open it.

7.      That the elevator doors shut on his left hand and his hand was stuck between the elevator doors.

8.      That on said date, Defendant Gaming Entertainment (Indiana) LLC was responsible for the safety of its' customers.

9.      That on said date, Defendant Kone Inc. was responsible for the maintenance and upkeep of the elevator on the Rising Star Resort and Casino property.

10.    Gaming Entertainment (Indiana) LLC was negligent and/or liable to Plaintiff for not providing safety to him and failing to warn Plaintiff and/or others of dangerous conditions while staying at the Rising Start Resort and Casino.

11.    Kone Inc. was negligent and/or liable to Plaintiff due to one or more of the following reasons:

    a.   Failing to inspect the elevator properly;

    b.   Failing to renovate or install the elevator properly;

    c.   Failing to repair the elevator properly;

    d.   Failing to warn Plaintiff and/or others of dangerous conditions;

    e.   Failing to maintain elevator properly;

     f.   Failing to anticipate a danger due to known problem or a problem Defendant Kone Inc. should have known;

     g.  Otherwise failing to keep the property safe for Plaintiff and/or others.

12.    As a direct and proximate result of Defendant Gaming Entertainment (Indiana) LLC's negligence, Plaintiff sustained injuries and has been damaged.

13.    As a direct and proximate result of Defendant Kone Inc.'s negligence, Plaintiff sustained injuries and has been damaged.

14.    As a result of the injuries sustained by Plaintiff, Plaintiff was required to engage in the medical care and treatment of doctors, hospitals, x-ray technicians, physical therapists and/or other providers, thereby incurring medical expense.

15.    As a direct and proximate result of the carelessness and negligence of the Defendants, Plaintiff suffered injuries, incurred medical bills, incurred lost wages, endured pain, suffering and mental anguish, all to his damage.

**WHISEFORE**, Plaintiff, by counsel, respectfully requests that this Court enter a judgment against the Defendants in an amount deemed reasonable and appropriate, together with the costs of this action, and for all relief just and proper in the premises.

                                     Respectfully submitted,

                                     /s/ Andrew Dickerson
                                     Andrew Dickerson, #28885-64
                                     HOLT LEGAL GROUP
                                     Attorney for Plaintiff

Hamilton Superior Court 5

STATE OF INDIANA    )    IN THE HAMILTON COUNTY SUPERIOR COURT
    ) SS:
COUNTY OF HAMILTON  )    CAUSE NO.  29D___-2102-CT-_____

HERBERT HENDERSON,      )
    )
      Plaintiff,    )
  v.    )
    )
GAMING ENTERTAINMENT    )
(INDIANA) LLC and KONE INC.    )
    )
      Defendants.    )

## SUMMONS

TO DEFENDANT:    **Kone Inc.**
    **Registered Agent:  Corporation Service Company**
    **135 North Pennsylvania Street, Suite 1610**
    **Indianapolis, Indiana 46204**

    You are hereby notified that you have been sued by the person listed as Plaintiff and in the Court indicated above.

    The nature of the suit against you is stated in the Complaint which is attached to this Summons.  It also states the relief sought or the demand made against you by the Plaintiff.

    An Answer or other appropriate response in writing to the Complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by Plaintiff.

    If you have a claim for relief against the Plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

DATED: ___2/4/2021_____

                                Kathy Kreag Williams
                                Clerk of Hamilton County

Andrew Dickerson, (#28885-64)
Heather R. Kinser (#34345-49)
HOLT LEGAL GROUP
198 South 9th Street
Noblesville, Indiana 46060
(317) 773-5997
adickerson@holtlegal.com

The following manner of service of Summons is hereby designated:
**XX** **Service at above address by Certified Mail.**

Filed: 2/15/2021 11:20 AM
Clerk
Hamilton County, Indiana

STATE OF INDIANA     )    IN THE HAMILTON COUNTY SUPERIOR COURT
               ) SS:
COUNTY OF HAMILTON  )    CAUSE NO.  29D05-2102-CT-000773

HERBERT HENDERSON,       )
                      )
        Plaintiff,       )
    v.                 )
                      )
GAMING ENTERTAINMENT   )
(INDIANA) LLC and KONE INC.  )
                      )
        Defendants.    )

## <u>NOTICE OF SERVICE OF SUMMONS</u>

Comes now Plaintiff, Herbert Henderson, by counsel, Andrew Dickerson, and

respectfully notifies the Court the Summons, Complaint and the Appearance was served upon

Defendant, Gaming Entertainment (Indiana) LLC c/o Business Filings Inc., Registered Agent.,

by U.S.P.S. Certified Mail, Return Receipt, **Tracking No.: 7018 3090 0000 8241 1833 on**

**February 8, 2021.**  The return receipt card was returned signed on February 10, 2021 (Exhibit

1).

Respectfully submitted,

HOLT LEGAL GROUP

/s/ Andrew Dickerson
Andrew Dickerson, #28885-64

HOLT LEGAL GROUP
198 S. 9th Street
Noblesville, IN 46060
317-773-5997
adickerson@holtlegal.com

## EXHIBIT A



**SENDER:** *COMPLETE THIS SECTION*

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Gaming Entertainment
(Indiana) LLC
C/O Business Filings Inc.
334 N Senate Ave
Indpls IN 46204

9590 9402 2454 6249 4756 77

2. Article Number *(Transfer from service label)*

7018 3090 0000 8241 1833

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee
B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

FEB 1 0

3. Service Type
☐ Adult Signature              ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery  ☐ Registered Mail™
☐ Certified Mail®              ☐ Registered Mail Restricted Delivery
☐ Certified Mail Restricted Delivery  ☐ Return Receipt for Merchandise
☐ Collect on Delivery          ☐ Signature Confirmation™
☐ Collect on Delivery Restricted Delivery  ☐ Signature Confirmation Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery ($500)

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt



## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

Indianapolis IN 46204

Certified Mail Fee  $3.60

$
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $  $0.00
☐ Certified Mail Restricted Delivery  $  $0.00
☐ Adult Signature Required         $  $0.00
☐ Adult Signature Restricted Delivery $

Postage  $0.75

Total Postage and Fees  $7.20

Sent To  Gaming Entertainment C/O Business Filings
Street and Apt. No., or PO Box No.  334 N Senate Ave
City, State, ZIP+4®  Indpls IN 46204

NOBLESVILLE IN

Postmark Here

08 2021

02/08/2021

PS Form 3800, April 2015 PSN 7530-02-000-9047          See Reverse for Instructions

7018 3090 0000 8241 1833

Filed: 2/23/2021 5:36 PM
Clerk
Hamilton County, Indiana

## IN THE HAMILTON SUPERIOR COURT
## STATE OF INDIANA

| | | |
|---|---|---|
| HERBERT HENDERSON, | ) | CAUSE NO.  29D05-2102-CT-00773 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| GAMING ENTERTAINMENT | ) | |
| (INDIANA), | ) | |
| LLC, and KONE, INC. | ) | |
| | ) | |
| Defendants. | ) | |

## E-FILING APPEARANCE BY ATTORNEY IN CIVIL CASE

**This Appearance Form must be filed on behalf of every party in a civil case.**

1.      The party on whose behalf this form is being filed is:

Initiating: ☐   Responding: ☒   Intervening: ☐; and

the undersigned attorney and all attorneys listed on this form now appear in this case for the following parties:

Name of party:      **KONE, Inc.**

Address of party *(see Question # 5 below if this case involves a protection from abuse order, a workplace violence restraining order, or a no-contact order)*

**c/o Frost Brown Todd LLC, 201 North Illinois Street, Suite 1900, P.O. Box 44961, Indianapolis, Indiana 46244-0961.**

Telephone # of party  **317.237.3800**

(List on a continuation page additional parties this attorney represents in this case.)

2.      Applicable attorney information for service as required by Trial Rule 5(B) (2):

| | | | |
|---|---|---|---|
| Name: | **Blake N. Shelby** | Attorney No. | #28064-29 |
| | **FROST BROWN TODD LLC** | Phone: | (317) 237-3800 |
| Address: | **201 North Illinois Street** | FAX: | (317) 237-3900 |
| | **Suite 1900** | Email: | bshelby@fbtlaw.com |
| | **P.O. Box 44961** | | |
| | **Indianapolis, IN 46244-0961** | | |

**IMPORTANT**:  Each attorney specified on this appearance:
(a)      certifies that the contact information listed for him/her on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this

Appearance;

(b)     **acknowledges that all orders, opinions, and notices from the court in this matter that are served under Trial Rule 86(G) will be sent to the attorney at the email address(es) specified by the attorney on the Roll of Attorneys regardless of the contact information listed above for the attorney**; and

(c)     understands that he/she is solely responsible for keeping his/her Roll of Attorneys contact information current and accurate, see Ind. Admis. Disc. R. 2(A).

Attorneys can review and update their Roll of Attorneys contact information on the Courts Portal at http://portal.courts.in.gov.

3.      This is a **civil tort** case type as defined in administrative Rule 8(B)(3).

4.      This case involves child support issues. Yes ☐ No ☒ (If yes, supply social security numbers for all family members on a separately attached document filed as confidential information on **light green paper**. Use Form TCM-TR3.1-4.)

5.      This case involves a protection from abuse order, a workplace violence restraining order, or a no – contact order.  Yes ☐ No ☒ *(If Yes, the initiating party must provide an address for the purpose of legal service but that address should not be one that exposes the whereabouts of a petitioner.)*  The party shall use the following address for purposes of legal service:

☐     Attorney's address:
☐     The Attorney General Confidentiality program address
          (contact the Attorney General at 1-800-321-1907 or e-mail address is **confidential@atg.state.in.us**).
☐     Another address (provide):

This case involves a petition for involuntary commitment.  Yes ☐ No ☒

6.      If Yes above, provide the following regarding the individual subject to the petition for involuntary commitment:

a.      Name of the individual subject to the petition for involuntary commitment if it is not already provided in #1 above:
b.      State of Residence of person subject to petition:
c.      At least one of the following pieces of identifying information:
       (i)     Date of Birth
       (ii)    Driver's License Number
               State where issued          Expiration date
       (iii)   State ID number
               State where issued          Expiration date
       (iv)    FBI number
       (v)     Indiana Department of Corrections Number
       (vi)    Social Security Number is available and is being provided in an attached
               confidential document  Yes ☐ No ☐

7.      There are related cases: Yes ☐ No ☒ *(If yes, list on continuation page.)*

8.      Additional information required by local rule:  None.

9.      There are other party members: Yes ☐ No ☒ *(If yes, list on continuation page.)*

10.     This form has been served on all other parties and Certificate of Service is attached:

        Yes ☒ No ☐

                                        Respectfully submitted,

                                        FROST BROWN TODD LLC

                                        By: */s/Blake N. Shelby*
                                            Blake N. Shelby, #28064-29
                                            *Attorneys for Defendant, KONE, Inc.*

## CERTIFICATE OF SERVICE

        I hereby certify that on the 23rd day of February, 2021, a copy of the foregoing document was filed electronically.  Service of this filing will be made on all registered counsel by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system:

Andrew Dickerson
Heather R. Kinser
HOLT LEGAL GROUP
198 South 9th Street
Noblesville, Indiana 46060
adickerson@holtlegal.com
hkinser@holtlegal.com
*Attorneys for Plaintiff Herbert Henderson*

                                        */s/Blake N. Shelby*
                                            Blake N. Shelby

FROST BROWN TODD LLC
201 N. Illinois St., Suite 1900
P.O. Box 44961
Indianapolis, IN  46244-0961
317-237-3800
Fax: 317-237-3900
bshelby@fbtlaw.com

EN20792.Public-20792   4811-1766-1660v2

**IN THE HAMILTON SUPERIOR COURT**
**STATE OF INDIANA**

| | | |
|---|---|---|
| HERBERT HENDERSON, | ) | CAUSE NO.  29D05-2102-CT-00773 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| GAMING ENTERTAINMENT | ) | |
| (INDIANA), | ) | |
| LLC, and KONE, INC. | ) | |
| | ) | |
| Defendants. | ) | |

**KONE, INC.'S MOTION FOR EXTENSION**
**OF TIME TO ANSWER PLAINTIFF'S COMPLAINT FOR DAMAGES**

Defendant, KONE, Inc. ("KONE"), by counsel, requests a 30-day extension of time within which to file its responsive pleading to Plaintiff's Complaint for Damages in this matter.  In support of said Motion, Defendant states:

1.     Plaintiff filed his Complaint on February 4, 2021.

2.     Service of the summons and complaint was perfected on KONE's registered agent via certified mail on February 10, 2021, thereby making KONE's responsive pleading due on or before March 5, 2021.

3.     KONE requires additional time to gather the information necessary to prepare its responsive pleading in this matter.

4.     KONE requests that the Court provide it until April 5, 2021 to file a responsive pleading.

5.     Plaintiff's counsel has been advised of this request for time and does not object.

WHEREFORE, Defendant KONE, Inc. requests that the Court grant its request for a thirty (30) day extension of time, up to and including April 5, 2021, within which to answer or otherwise respond to Plaintiff's Complaint in this matter.

Respectfully submitted,

FROST BROWN TODD LLC

By: */s/Blake N. Shelby*
   Blake N. Shelby, #28064-29
   *Attorneys for Defendant, KONE, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of February, 2021, a copy of the foregoing document was filed electronically.  Service of this filing will be made on all registered counsel by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system:

Andrew Dickerson
Heather R. Kinser
HOLT LEGAL GROUP
198 South 9th Street
Noblesville, Indiana 46060
adickerson@holtlegal.com
hkinser@holtlegal.com
*Attorneys for Plaintiff Herbert Henderson*

    */s/Blake N. Shelby*
    Blake N. Shelby

FROST BROWN TODD LLC
201 N. Illinois St., Suite 1900
P.O. Box 44961
Indianapolis, IN  46244-0961
317-237-3800
Fax: 317-237-3900
bshelby@fbtlaw.com

LR08831.0740748   4830-0969-8525v1

2

Filed: 2/24/2021 1:17 PM
Clerk
Hamilton County, Indiana

STATE OF INDIANA     )     IN THE HAMILTON COUNTY SUPERIOR COURT
                     ) SS:
COUNTY OF HAMILTON  )     CAUSE NO.  29D05-2102-CT-000773

HERBERT HENDERSON,        )
                           )
         Plaintiff,       )
     v.                     )
                           )
GAMING ENTERTAINMENT     )
(INDIANA) LLC and KONE INC.   )
                           )
        Defendants.     )

## <u>NOTICE OF SERVICE OF SUMMONS</u>

Comes now Plaintiff, Herbert Henderson, by counsel, Andrew Dickerson, and

respectfully notifies the Court the Summons, Complaint and the Appearance was served upon

Defendant, Kone Inc. c/o Corporation Service Company, Registered Agent., by U.S.P.S.

Certified Mail, Return Receipt, **Tracking No.: 7018 3090 0000 8241 1840 on February 8,**

**2021.**  The return receipt card was returned signed on February 10, 2021 (Exhibit 1).


                            Respectfully submitted,

                            HOLT LEGAL GROUP

                            <u>/s/ Andrew Dickerson</u>
                            Andrew Dickerson, #28885-64

HOLT LEGAL GROUP
198 S. 9th Street
Noblesville, IN 46060
317-773-5997
<u>adickerson@holtlegal.com</u>

EXHIBIT 1



**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Kone Inc
C/O Corporation Service Company
125 N Pennsylvania, Ste 1610
Indpls, IN 46204

9590 9402 2454 6249 4756 60

2. Article Number *(Transfer from service label)*

7018 3090 0000 8241 1840

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X  Mary Coleman
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053

Domestic Return Receipt



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Indianapolis, IN 46204

Certified Mail Fee  $3.60

$                                    $2.85

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required         $ $0.00
☐ Adult Signature Restricted Delivery $

Postage  $0.75

Total Postage and Fees  $7.20

Sent To  Kone Inc C/o Corporation Service Company

Street and Apt. No., or PO Box No.  125 N Pennsylvania Suite 1610

City, State, ZIP+4®  Indpls IN 46204

Postmark Here

FEB 08 2021

02/08/2021

PS Form 3800, April 2015 PSN 7530-02-000-9047     See Reverse for Instructions

FILED
February 24, 2021
CLERK OF THE HAMILTON
CIRCUIT COURT

**IN THE HAMILTON SUPERIOR COURT**
**STATE OF INDIANA**

| | | |
|---|---|---|
| HERBERT HENDERSON, | ) | CAUSE NO.  29D05-2102-CT-00773 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| GAMING ENTERTAINMENT | ) | |
| (INDIANA), | ) | |
| LLC, and KONE, INC. | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER GRANTING DEFENDANT KONE, INC.'S MOTION FOR EXTENSION OF TIME TO ANSWER PLAINTIFF'S COMPLAINT FOR DAMAGES**

Defendant, KONE, Inc., by counsel, having moved the Court for an extension of time within which to file its responsive pleading to Plaintiff's Complaint for Damages, and the Court having reviewed same and being duly advised in the premises, now GRANTS said Motion.

THEREFORE IT IS HEREBY ORDERED, that Defendant KONE, Inc. shall have to and including April 5, 2021 to respond to Plaintiff's Complaint for Damages.

SO ORDERED: ___February 24, 2021_____.

_____
Judge, Hamilton Superior Court 5

Distribution to All Counsel of Record via the Court's Electronic Filing System

LR08831.0740531   4833-6156-2845v1

Filed: 3/3/2021 3:36 PM
Clerk
Hamilton County, Indiana

21-22827   March 3, 2021   JPS/JMM: mms
*Attorney for Defendant Gaming Entertainment Indiana LLC*

STATE OF INDIANA          )          HAMILTON SUPERIOR COURT
                          ) SS:
COUNTY OF HAMILTON        )          CAUSE NO.   29D05-2102-CT-000773

HERBERT HENDERSON                    )
                                     )   Judge
                  Plaintiff          )
                                     )
               v.                    )
                                     )
GAMING ENTERTAINMENT INDIANA         )
LLC and KONE, INC.                   )
                                     )
                  Defendants         )
                                     )

## E-FILING APPEARANCE BY ATTORNEY IN CIVIL CASE

**This Appearance Form must be filed on behalf of every party in a civil case.**

1.  The party on whose behalf this form is being filed is:
    Initiating _____          Responding __XX__          Intervening ____ ; and
    the undersigned attorney and all attorneys listed on this form now appear in this case for
    the following parties:

    Name of party _Gaming Entertainment Indiana, LLC_____

2.  Attorney information for service as required by Trial Rule 5(B)(2)

    Name:          Justin M. McMullen, Esq.     Ind. Atty Number: 30763-15
    Address:       Rolfes Henry, Co., LPA
                   600 Vine Street, Suite 2600
                   Cincinnati, Ohio 45202
    Phone:         513-579-0080
    FAX:           513-579-0222
    Email Address:  jmcmullen@rolfeshenry.com

**IMPORTANT**: Each attorney specified on this appearance:

    (a)       certifies that the contact information listed for him/her on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this Appearance;

    (b)       **acknowledges that all orders, opinions, and notices from the court in this matter that are served under Trial Rule 86(G) will be sent to the attorney at the email address(es) specified by the attorney on the Roll of Attorneys regardless of the contact information listed above for the attorney**; and

    (c)       understands that he/she is solely responsible for keeping his/her Roll of Attorneys contact information current and accurate, see Ind. Admis. Disc. R. 2(A).

Attorneys can review and update their Roll of Attorneys contact information on the Courts Portal at http://portal.courts.in.gov.

3. This is a <u>CT</u> case type as defined in administrative Rule 8(B)(3).

4. This case involves child support issues. Yes _____ No <u>XX</u> *(If yes, supply social security numbers for all family members on a separately attached document filed as confidential information on **light green paper**. Use Form TCM-TR3.1-4.)*

5. This case involves a protection from abuse order, a workplace violence restraining order, or a no – contact order.

Yes _____ No <u>XX</u> *(If Yes, the initiating party must provide an address for the purpose of legal service but that address should not be one that exposes the whereabouts of a petitioner.)* The party shall use the following address for purposes of legal service:

    _____       Attorney's address

    _____       The Attorney General Confidentiality program address

                      (contact the Attorney General at 1-800-321-1907 or e-mail address is **confidential@atg.in.gov**).

    _____       Another address (provide)

This case involves a petition for involuntary commitment. Yes _____ No <u>XX</u>

6. If Yes above, provide the following regarding the individual subject to the petition for involuntary commitment:

    a.    Name of the individual subject to the petition for involuntary commitment if it is not already provided in #1 above: _____

    b.    State of Residence of person subject to petition: _____

    c.    At least one of the following pieces of identifying information:

        (i)    Date of Birth _____

        (ii)    Driver's License Number _____

              State where issued _____ Expiration date _____

        (iii)   State ID number _____

              State where issued _____ Expiration date _____

        (iv)   FBI number _____

        (v)    Indiana Department of Corrections Number _____

        (vi)   Social Security Number is available and is being provided in an attached confidential document

              Yes _____ No _____

7. There are related cases: Yes _____ No <u>XX</u> *(If yes, list on continuation page.)*

8. Additional information required by local rule:

9. There are other party members: Yes _____ No_____ *(If yes, list on continuation page.)*

10. This form has been served on all other parties and Certificate of Service is attached:

    Yes___ No <u>XX</u>

_____

                                   Attorney-at-Law

                            (Attorney information shown above.)

2

Filed: 3/3/2021 3:36 PM
Clerk
Hamilton County, Indiana

21-22827   March 3, 2021   JPS/JMM: mms
*Attorney for Defendant Gaming Entertainment Indiana LLC*

STATE OF INDIANA            )        HAMILTON SUPERIOR COURT
                            ) SS:
COUNTY OF HAMILTON          )        CAUSE NO.   29D05-2102-CT-000773


HERBERT HENDERSON                          )
                                           )   Judge
              Plaintiff                    )
                                           )
              v.                           )
                                           )
GAMING ENTERTAINMENT INDIANA               )
LLC and KONE, INC.                         )
                                           )
              Defendants                   )
                                           )


## E-FILING APPEARANCE BY ATTORNEY IN CIVIL CASE


**This Appearance Form must be filed on behalf of every party in a civil case.**


1. The party on whose behalf this form is being filed is:
   Initiating _____            Responding   XX           Intervening _____ ; and
   the undersigned attorney and all attorneys listed on this form now appear in this case for
   the following parties:

   Name of party  Gaming Entertainment Indiana, LLC

2. Attorney information for service as required by Trial Rule 5(B)(2)

           Name:        J. Patrick Schomaker, Esq.    Ind. Atty Number: 25086-15
           Address:     Rolfes Henry, Co., LPA
                        600 Vine Street, Suite 2600
                        Cincinnati, Ohio 45202
           Phone:       513-579-0080
           FAX:         513-579-0222
           Email Address:  pschomaker@rolfeshenry.com

**IMPORTANT**: Each attorney specified on this appearance:

(a)   certifies that the contact information listed for him/her on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this Appearance;

(b)   **acknowledges that all orders, opinions, and notices from the court in this matter that are served under Trial Rule 86(G) will be sent to the attorney at the email address(es) specified by the attorney on the Roll of Attorneys regardless of the contact information listed above for the attorney; and**

(c)   understands that he/she is solely responsible for keeping his/her Roll of Attorneys contact information current and accurate, see Ind. Admis. Disc. R. 2(A).

Attorneys can review and update their Roll of Attorneys contact information on the Courts Portal at http://portal.courts.in.gov.

3. This is a <u>CT</u> case type as defined in administrative Rule 8(B)(3).

4. This case involves child support issues. Yes ____ No <u>XX</u> *(If yes, supply social security numbers for all family members on a separately attached document filed as confidential information on light green paper. Use Form TCM-TR3.1-4.)*

5. This case involves a protection from abuse order, a workplace violence restraining order, or a no – contact order.

Yes ____ No <u>XX</u> *(If Yes, the initiating party must provide an address for the purpose of legal service but that address should not be one that exposes the whereabouts of a petitioner.)* The party shall use the following address for purposes of legal service:

_____   Attorney's address
_____   The Attorney General Confidentiality program address
                  (contact the Attorney General at 1-800-321-1907 or e-mail address is **confidential@atg.in.gov**).
_____   Another address (provide)

This case involves a petition for involuntary commitment.  Yes ____ No <u>XX</u>

6. If Yes above, provide the following regarding the individual subject to the petition for involuntary commitment:
   a. Name of the individual subject to the petition for involuntary commitment if it is not already provided in #1 above: _____
   b. State of Residence of person subject to petition: _____
   c. At least one of the following pieces of identifying information:
      (i) Date of Birth _____
      (ii) Driver's License Number _____
          State where issued _____ Expiration date _____
      (iii) State ID number _____
          State where issued _____ Expiration date _____
      (iv) FBI number _____
      (v) Indiana Department of Corrections Number _____
      (vi) Social Security Number is available and is being provided in an attached confidential document
          Yes ____ No ____

7. There are related cases: Yes ____ No <u>XX</u> *(If yes, list on continuation page.)*

8. Additional information required by local rule:

9. There are other party members: Yes ____ No____ *(If yes, list on continuation page.)*

10. This form has been served on all other parties and Certificate of Service is attached:
    Yes___ No <u>XX</u>

_____
Attorney-at-Law
(Attorney information shown above.)

2

STATE OF INDIANA      )      IN THE MARION COUNTY SUPERIOR COURT 1
                           )SS:
COUNTY OF MARION      )      CAUSE NO.: 49D01-1811-CT-044391

COLLIN SALLEE,                          )
           Plaintiff,                  )
                               )
    vs.                               )
                               )
INDIANA BRIDGE, INC., PREFERRED SAFETY, LLC,   )
TOYOTA MOTOR ENGINEERING &            )
MANUFACTURING NORTH AMERICA, INC., DEVON   )
INDUSTRIAL GROUP, LLC, COMPLETE         )
STRUCTURAL CONSULTING, INC., RUBY &      )
ASSOCIATES, INC., SSOE, INC., PROTHIOUS      )
ENGINEERING SERVICES a/k/a PROTHIOUS, INC.,   )
SAFETY MANAGEMENT GROUP and MAXIM     )
CRANE WORKS, LP,                   )
           Defendants.            )

## APPEARANCE BY ATTORNEY IN CIVIL CASE

1. The party on whose behalf this form is being filed is: Prothious Engineering Services Incorrectly identified as Prothious Engineering Services a/k/a Prothious, Inc.

   Initiating ____         Responding _X_      Intervening ____ ; and

   the undersigned attorney and all attorneys listed on this form now appear in this case for the following parties:

2. Attorney information for service as required by Trial Rule 5(B)(2)

   Name: _____ Michael C. Cooley _____ Atty Number: _____ 26020-41 ____

   _____ Thomas S. Bowman _____ Atty Number: _____ 30532-64 ____

   _____ Kevin G. Harvey _____ Atty Number: _____ 17994-49 ____

   Address: _____ Five Courthouse Plaza _____

   _____ P.O. Box 455 _____

   Phone: _____ (317) 462-3455: Fax: (317) 467-6109 _____

   Email Address: _____ mcc@awmh.net; tsb@awmh.net, kgh@awmh.net _____

**IMPORTANT**:  Each attorney specified on this appearance:

(a)       certifies that the contact information listed for him/her on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this Appearance;

(b)       **acknowledges that all orders, opinions, and notices from the court in this matter that are served under Trial Rule 86(G) will be sent to the attorney at the email address(es) specified by the attorney on the Roll of Attorneys regardless of the contact information listed above for the attorney**; and

(c)       understands that he/she is solely responsible for keeping his/her Roll of Attorneys contact information current and accurate, see Ind. Admis. Disc. R. 2(A).

3. This is a _____ case type as defined in administrative Rule 8(B)(3).

4.  This case involves child support issues. Yes ____ No  _X_

5.  This case involves a protection from abuse order, a workplace violence restraining order, or a no – contact order.  Yes ____ No _X_

6.  This case involves a petition for involuntary commitment.  Yes ____ No _X_

7.  There are related cases: Yes ____ No _X_

8.  Additional information required by local rule:

_____

9.  There are other party members: Yes ____ No _X_

10.  This form has been served on all other parties and Certificate of Service is attached:

Yes _X_ No___

Respectfully submitted,
ALLEN WELLMAN McNEW HARVEY, LLP

/s/ Michael C. Cooley_____
Michael C. Cooley, #26020-41
Thomas S. Bowman, #30532-64
Kevin G. Harvey, #17994-49
ALLEN WELLMAN McNEW HARVEY, LLP
Five Courthouse Plaza; P.O. Box 455
Greenfield, IN 46140
317-462-3455; 317-467-6109 (fax)

*Counsel for Prothious Engineering Services*

*Attorneys for* Prothious Engineering Services

*Incorrectly identified as Prothious Engineering
Services a/k/a Prothious, Inc.*

**CERTIFICATE OF SERVICE**

I certify that on March 4, 2021, I electronically filed the foregoing document using the Indiana E-Filing System. I also certify that on March 4, 2021, the foregoing document was either served electronically upon the following person via the Indiana E-Filing System or mailed by U.S. First Class Mail.

| | |
|---|---|
| Betsy Greene – betsy@greeneschultz.com<br>Frederick Schultz – fred@greeneschultz.com<br>Brandon Hall – brandon@greeneschultz.com<br>Greene & Schultz<br>*Counsel for Plaintiff* | Kevin Conway - kconway@cooneyconway.com<br>Judith Conway – jconway@cooneyconway.com<br>Timothy Ocasek – tocasek@cooneyconway.com<br>Charles Porretta – cporretta@cooneyconway.com<br>Cooney and Conway<br>*Counsel for Plaintiff* |
| Eric Riegner – eriegner@fbtlaw.com<br>Blake Shelby – bshelby@fbtlaw.com<br>Lewis & Wagner, LLP and Frost Brown Todd, LLC<br>*Counsel for Defendant Indiana Bridge, Inc.* | Matthew Melton – mmelton@ncs-law.com<br>Cynthia Lasher – clasher@ncs-law.com<br>Peter Schroeder - pschroeder@ncs-law.com<br>Norris, Choplin & Schroeder, LLP<br>*Counsel for Defendant SSOE, Inc.* |
| Logan Hughes – lhughes@reminger.com<br>Reminger Co., LPA<br>*Counsel for Defendant Ruby & Assoc., Inc.* | Brittney Rykovich - brykovich@grsm.com<br>Gordon & Rees<br>*Counsel for Defendant Safety Mgmt. Group* |
| R. Gregory Sylvester - gsylvester@reminger.com<br>Reminger Co., LPA<br>*Counsel for Defendant Complete Structural Consulting, Inc.* | Jonathan Bucher – jbucher@schultzpoguelaw.com<br>Thomas Schultz – tschultz@schultzpoguelaw.com<br>Schultz & Pogue, LLP<br>*Counsel for Defendant Preferred Safety, LLC* |
| Thomas Kramer- thomas.kramer@thehartford.com<br>Scott Reinglass – scott.reinglass@thehartford.com<br>Law Offices of The Hartford<br>*Counsel for Defendant Prothious, Inc. and Prothious Inc. (incorrectly identified as Prothious Engineering Services)* | Scott Bunnell – sbunnnell@hsk-law.com<br>Jeremy Lemon – jlemon@hsk-law.com<br>James Shea – jshea@hsk-law.com<br>Kathryn Yarnelle - kyarnelle@hsk-law.com<br>Hunt Suedhoff Kalamaros LLP<br>*Counsel for Defendant Maxim Crane Works, LP* |
| Andrew Albright - aalbright@smbtrials.com<br>Brian Bell – bbell@smbtrials.com<br>Bryan Rogers - berogers@smbtrials.com<br>Swanson, Martin & Bell, LLP<br>*Counsel for Defendants Toyota Motor Engineering & Manufacturing North America, Inc. and Toyota Motor North America, Inc. and Toyota Motor Manufacturing of Indiana, Inc.* | Anthony Eleftheri - aeleftheri@dsvlaw.com<br>Thaddeus Schurter - tschurter@dsvlaw.com<br>Drewry Simmons Vornehm, LLP<br>*Counsel for Defendant Devon Industrial Group, LLC* |

/s/ Michael C. Cooley
Michael C. Cooley, #20620-41

21-22827  March 8, 2021  JPS/JMM: mms
*Attorney for Defendant Gaming Entertainment (Indiana) LLC*

STATE OF INDIANA      )      HAMILTON SUPERIOR COURT
                      ) SS:
COUNTY OF HAMILTON      )      CAUSE NO.  29D05-2102-CT-000773

| | |
|---|---|
| HERBERT HENDERSON | ) |
| | ) |
| Plaintiff | )    Judge David K. Najjar |
| | ) |
| v. | )    **DEFENDANT GAMING** |
| | )    **ENTERTAINMENT (INDIANA) LLC'S** |
| GAMING ENTERTAINMENT (INDIANA) | )    **ANSWER TO PLAINTIFF'S** |
| LLC and KONE, INC. | )    **COMPLAINT FOR DAMAGES WITH** |
| | )    **JURY DEMAND ENDORSED** |
| Defendants | )    **HEREON** |
| | ) |

COMES now Defendant, Gaming Entertainment (Indiana) LLC ("Defendant"), by and through undersigned counsel, and for its Answer to Plaintiff's Complaint avers as follows:

1.     Defendant has insufficient knowledge as to the truth or falsity of the allegations contained in paragraph 1 of Plaintiff's Complaint and, therefore, said allegations are deemed denied.

2.     Defendant admits the allegations contained in paragraph 2 of Plaintiff's Complaint.

3.     Defendant has insufficient knowledge as to the truth or falsity of the allegations contained in paragraph 3 of Plaintiff's Complaint and, therefore, said allegations are deemed denied.

4.     Defendant has insufficient knowledge as to the truth or falsity of the allegations contained in paragraph 4 of Plaintiff's Complaint and, therefore, said allegations are deemed denied.

5.    Defendant has insufficient knowledge as to the truth or falsity of the allegations contained in paragraph 5 of Plaintiff's Complaint and, therefore, said allegations are deemed denied.

6.    Defendant has insufficient knowledge as to the truth or falsity of the allegations contained in paragraph 6 of Plaintiff's Complaint and, therefore, said allegations are deemed denied.

7.    Defendant has insufficient knowledge as to the truth or falsity of the allegations contained in paragraph 7 of Plaintiff's Complaint and, therefore, said allegations are deemed denied.

8.    Defendant denies the allegations contained in paragraph 8 of Plaintiff's Complaint.

9.    Defendant admits the allegations contained in paragraph 9 of Plaintiff's Complaint.

10.    Defendant denies the allegations contained in paragraph 10 of Plaintiff's Complaint.

11.    Defendant has insufficient knowledge as to the truth or falsity of the allegations contained in paragraph 11 of Plaintiff's Complaint, including all subparagraphs and, therefore, said allegations are deemed denied.

12.    Defendant denies the allegations contained in paragraph 12 of Plaintiff's Complaint.

13.    Defendant denies the allegations contained in paragraph 13 of Plaintiff's Complaint.

14.    Defendant has insufficient knowledge as to the truth or falsity of the allegations contained in paragraph 14 of Plaintiff's Complaint and, therefore, said allegations are deemed denied.

15.     Defendant has insufficient knowledge as to the truth or falsity of the allegations contained in paragraph 15 of Plaintiff's Complaint and, therefore, said allegations are deemed denied.

### **AFFIRMATIVE DEFENSES**

1.     The Complaint fails to state a claim upon which relief can be granted.

2.     Plaintiff was contributorily negligent.

3.     Plaintiff(s) assumed the risk.

4.     The alleged injuries and damages were caused or contributed to by the actions of third-parties or other circumstances which constitute intervening or superseding causes.

5.     Venue in this matter is improper.

**WHEREFORE,** Defendant Gaming Entertainment (Indiana) LLC prays Plaintiff's Complaint for Damages be dismissed at Plaintiff's cost, and for such other relief which the Court deems just and proper.


Respectfully submitted,

Rolfes Henry Co., LPA


_____
J. Patrick Schomaker, Esq. (Ind. Bar #25086-15)
Justin M. McMullen, Esq. (Ind. Bar #30763-15)
Rolfes Henry Co., LPA
600 Vine Street, Suite 2600
Cincinnati, Ohio 45202
Tele:      513.579.0080
Facsimile:  513.579.0222
pschomaker@rolfeshenry.com
jmcmullen@rolfeshenry.com
*Attorneys for Defendant Gaming Entertainment (Indiana) LLC*

## **DEMAND FOR JURY TRIAL**

Defendant respectfully requests a jury trial for all issues so triable of right by a jury.

J. PATRICK SCHOMAKER, ESQ.

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing *Defendant Gaming Entertainment (Indiana) LLC's Answer to Plaintiff's Complaint for Damages with Jury Demand Endorsed Hereon* was served this 8th day of March, 2021, via the Court's Electronic Filing System and/or regular US Mail upon the following:

Andrew Dickerson, Esq. (#28885-64)
Heather R. Kinser, Esq. (#34345-49)
HOLT LEGAL GROUP
198 South 9th Street
Noblesville, Indiana 46060
adickerson@holtlegal.com
hkinser@holtlegal.com
staff@holtlegal.com
*Attorneys for Plaintiff*

Blake N. Shelby, Esq. (#28064-29)
FROST BROWN TODD LLC
201 North Illinois Street, Suite 1900
P.O. Box 44961
Indianapolis, Indiana 46244-0961
bshelby@fbtlaw.com
*Attorney for Defendant Kone, Inc.*

J. Patrick Schomaker, Esq. (Ind. Bar #25086-15)
Justin M. McMullen, Esq. (Ind. Bar #30763-15)
Rolfes Henry Co., LPA
*Attorneys for Defendant*
*Gaming Entertainment (Indiana) LLC*

## IN THE SUPERIOR COURT NO. 5 OF HAMILTON COUNTY

## CCS ENTRY

HENDERSON

v.

GAMING ENTERTAINMENT, et al

CAUSE NO. 29D05-2102-CT-000773

Date:  March 11, 2021

JUDGE'S APPROVAL: _____

*The Clerk will please enter the following entry on the Chronological Case Summary (This entry will <u>not</u> appear in the Record of Orders and Judgments):*

A complaint and an answer having been filed in this cause with a pending request for a jury trial setting, the parties are ordered to prepare and submit a case management plan within 60 days of the date of this entry. The case management plan shall include an estimated date by which the case will be ready for trial, the potential length of trial, deadlines for preliminary and final witness and exhibit lists, completion of discovery, and the filing of dispositive motions. These deadlines shall be shown as specific future dates, and counsel may consult with court staff to establish pretrial conference and jury trial dates. The case management plan shall also include a plan for mediation unless the Court shall delete such requirement upon good cause being shown by either party.

For the parties' information, the Court notes that jury trial settings in Hamilton Superior Court 5 are currently being set in late 2022 and early 2023.